B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Mattress King, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1171670** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6000 B West Broad Street**<br>**Richmond, VA**<br>ZIP Code **23230** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Henrico** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                       **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***The Mattress King, Inc.*** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   *- None -* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: *- None -* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br>    Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____
            (Name of landlord that obtained judgment)

            _____
            (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***The Mattress King, Inc.*** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

**X** ***/s/ Bruce E. Arkema***
Signature of Attorney for Debtor(s)

***Bruce E. Arkema 18625***
Printed Name of Attorney for Debtor(s)

***Cantor Arkema, P.C.***
Firm Name

***1111 East Main Street, 16th Floor***
***Post Office Box 561***
***Richmond, VA 23218-0561***
Address

***(804) 644-1400  Fax: (804) 225-8706***
Telephone Number

***January 30, 2009***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** ***/s/ Anil K. Gulati***
Signature of Authorized Individual

***Anil K. Gulati***
Printed Name of Authorized Individual

***President***
Title of Authorized Individual

***January 30, 2009***
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **The Mattress King, Inc.**                                      Case No. _____

                                          Debtor(s)            Chapter       **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A. W. Industries - Serta<br>8415 Ardmore Road<br>Hyattsville, MD 20785** | **A. W. Industries - Serta<br>8415 Ardmore Road<br>Hyattsville, MD 20785** | **Mattress Sales** | | **1,271,155.88** |
| **Alvah I, LLC and Alvah II, LLC<br>c/o Mitchell B. Weitzman<br>2300 Wilson Boulevard, 7th Fl<br>Arlington, VA 22201** | **Alvah I, LLC and Alvah II, LLC<br>c/o Mitchell B. Weitzman<br>2300 Wilson Boulevard, 7th Fl<br>Arlington, VA 22201** | **Closed Store** | | **26,182.36** |
| **Briar Oak Investments<br>PO Box 13366<br>Roanoke, VA 24033** | **Briar Oak Investments<br>PO Box 13366<br>Roanoke, VA 24033** | **Rent/cam/tax/ins.** | | **21,672.00** |
| **Daily News Record<br>PO box 193<br>Harrisonburg, VA 22803** | **Daily News Record<br>PO box 193<br>Harrisonburg, VA 22803** | **Advertising** | | **19,941.37** |
| **Daily Progress<br>PO Box 9030<br>Charlottesville, VA 22906** | **Daily Progress<br>PO Box 9030<br>Charlottesville, VA 22906** | **Advertising** | | **33,499.83** |
| **Danville Register & Bee<br>PO Box 331<br>Danville, VA 24543** | **Danville Register & Bee<br>PO Box 331<br>Danville, VA 24543** | **Advertising** | | **18,039.38** |
| **ELS, LLC<br>19036 Kipheart Dr.<br>Leesburg, VA 20176** | **ELS, LLC<br>19036 Kipheart Dr.<br>Leesburg, VA 20176** | **Rent/cam/tax/ins.** | | **45,593.13** |
| **Frontier Development, LLC<br>c/o Allison Zizzo<br>4705 Columbus Street<br>Virginia Beach, VA 23462** | **Frontier Development, LLC<br>c/o Allison Zizzo<br>4705 Columbus Street<br>Virginia Beach, VA 23462** | **Closed Store<br>Judgment Lien** | | **30,000.00** |
| **Hanover Village Shopping Ctr<br>PO Box 822179<br>Philadelphia, PA 19182** | **Hanover Village Shopping Ctr<br>PO Box 822179<br>Philadelphia, PA 19182** | **rent/cam/tax/ins** | | **26,257.78** |
| **Holiday Signs<br>11930 Old Stage Road<br>Chester, VA 23836** | **Holiday Signs<br>11930 Old Stage Road<br>Chester, VA 23836** | **Signage** | | **66,060.90** |
| **International Bedding co.<br>6434 NW 5th St.<br>Fort Lauderdale, FL 33309** | **International Bedding co.<br>6434 NW 5th St.<br>Fort Lauderdale, FL 33309** | **Mattress Sale** | **Disputed** | **400,568.29** |

B4 (Official Form 4) (12/07) - Cont.

In re    **The Mattress King, Inc.**                                                       Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Market Place Shops, LLC**<br>**PO Box 5023**<br>**Richmond, VA 23220** | **Market Place Shops, LLC**<br>**PO Box 5023**<br>**Richmond, VA 23220** | **rent/cam/tax/ins** | | **29,003.22** |
| **NRV LLC**<br>**7011 Hollyberry Rd.**<br>**Roanoke, VA 24018** | **NRV LLC**<br>**7011 Hollyberry Rd.**<br>**Roanoke, VA 24018** | **rent/cam/tax/ins** | | **30,216.62** |
| **Richmond Times-Dispatch**<br>**Post Office Box 27775**<br>**Richmond, VA 23261-7775** | **Richmond Times-Dispatch**<br>**Post Office Box 27775**<br>**Richmond, VA 23261-7775** | **Advertising** | | **57,864.81** |
| **Roanoke Times**<br>**P.O. Box 1951**<br>**Roanoke, VA 24008** | **Roanoke Times**<br>**P.O. Box 1951**<br>**Roanoke, VA 24008** | **Advertising** | | **23,307.63** |
| **Roslyn Farm Corp.**<br>**PO Box 727**<br>**Colonial Heights, VA 23834** | **Roslyn Farm Corp.**<br>**PO Box 727**<br>**Colonial Heights, VA 23834** | **rent/cam/tax/ins** | | **36,016.62** |
| **Simmons**<br>**1 Concourse Pkwy. #80**<br>**Atlanta, GA 30328** | **Simmons**<br>**1 Concourse Pkwy. #80**<br>**Atlanta, GA 30328** | **Mattress sales** | | **264,692.20** |
| **Spring Knoll, LLC**<br>**PO Box 61564**<br>**Potomac, MD 20859** | **Spring Knoll, LLC**<br>**PO Box 61564**<br>**Potomac, MD 20859** | **rent/cam/tax/ins** | | **37,156.78** |
| **Ultra Shield**<br>**PO Box 3150**<br>**West Somerset, KY 42564** | **Ultra Shield**<br>**PO Box 3150**<br>**West Somerset, KY 42564** | **Mattress sale** | | **19,491.62** |
| **Wards Crossing West, LLC**<br>**1320 Old Chain Bridge Rd. #400**<br>**Mc Lean, VA 22101** | **Wards Crossing West, LLC**<br>**1320 Old Chain Bridge Rd. #400**<br>**Mc Lean, VA 22101** | **rent/cam/tax/ins** | | **36,279.35** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 30, 2009**                        Signature    **/s/ Anil K. Gulati**

                                                                **Anil K. Gulati**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **The Mattress King, Inc.**                                    ,        Case No. _____
                                              Debtor

                                                        Chapter                    *11*

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,386,178.98 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 408,195.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 60,770.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 2,719,218.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 1,386,178.98 | | |
| Total Liabilities | | | | 3,188,183.10 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **The Mattress King, Inc.**                          ,     Case No. _____

                                           Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re      **The Mattress King, Inc.**                                      ,          Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | *0.00* | (Total of this page) |
|---|---|---|---|
| | Total > | *0.00* | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **The Mattress King, Inc.** _____ ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Deposit in checking, savings or other financial accounts** | - | 349,630.98 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits** | - | 20,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **369,630.98**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re __The Mattress King, Inc._____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **10% ownership in Gulati Real Estate** | - | 108,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Debtor's accounts receivable** | - | 30,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     138,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __The Mattress King, Inc._____,    Case No. _____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Mattress King Trademark** | - | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 GMC, cab &chas, mileage: 177010** | - | 12,000.00 |
| | | **2004 GMC CAB & CHAS Mileage: 114816** | - | 12,000.00 |
| | | **2001 Volkswagen Jetta 4 Door Sedan Mileage: 56218** | - | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment, Furnishings and Supplies** | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory** | - | 844,547.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **878,548.00**
(Total of this page)
Total >    **1,386,178.98**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**B6C (Official Form 6C) (12/07)**

.

In re   **The Mattress King, Inc.**               ,      Case No. _____
                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **NONE.** | | | |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **The Mattress King, Inc.**                                                  Case No. _____
_____ ,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | *Lien on all assets of the debtor* | | | | | |
| **Virginia Business Bank** **9020 Stony Point Pkwy #225** **Richmond, VA 23235** | X | - | | | | | | |
| | | | Value $              **1,386,178.98** | | | | **408,195.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | | | |
|---|---|---|---|---|
| _0_  continuation sheets attached | | Subtotal (Total of this page) | **408,195.00** | **0.00** |
| | | Total (Report on Summary of Schedules) | **408,195.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re __**The Mattress King, Inc.**_____,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **The Mattress King, Inc.**                                           Case No. _____
                                                              ,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | *Sales Tax audit remaining balance* | | | | | | |
| *Virginia Dep. of Taxation* *P.O. Box 27407* *Richmond, VA 23261* | - | | | | | | **60,770.00** | | **0.00** **60,770.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** | |
|---|---|---|---|
| | | **60,770.00** | **60,770.00** |
| | Total (Report on Summary of Schedules) | **0.00** | |
| | | **60,770.00** | **60,770.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **The Mattress King, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A. W. Industries - Serta**<br>**8415 Ardmore Road**<br>**Hyattsville, MD 20785** | | - | | | *Mattress Sales* | | | | 1,271,155.88 |
| Account No.<br><br>**Allied Waste**<br>**PO Box 9001099**<br>**Louisville, KY 40290** | | - | | | *Dumpster Svc.* | | | | 123.02 |
| Account No.<br><br>**Allied Waste Service**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | | - | | | *Dumpster Svc* | | | | 209.24 |
| Account No.<br><br>**Allied Waste Service**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | | - | | | *Dumpster Svc.* | | | | 372.85 |

__20__ continuation sheets attached

Subtotal
(Total of this page)                    **1,271,860.99**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:25715-081217   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Mattress King, Inc.**                                        Case No. _____
                                          Debtor                     ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Allied Waste Services PO Box 9001099 Louisville, KY 40290** | - | | dumpster svc. | | | | 126.28 |
| Account No.  **Allison Zizzo Huff Poole Mahoney, P.C. 4705 Columbus Street Virginia Beach, VA 23462** | - | | NOTICE ONLY Counsel for Frontier Development | | | | 0.00 |
| Account No.  **Alvah I, LLC and Alvah II, LLC c/o Mitchell B. Weitzman 2300 Wilson Boulevard, 7th Fl Arlington, VA 22201** | - | | Closed Store | | | | 26,182.36 |
| Account No.  **Anil and Maria Gulati 2410 Island View Drive Richmond, VA 23233** | - | | Stockholder Loan | | | | 22,440.00 |
| Account No.  **Anthem Healthkeepers P.O. Box 26623 Richmond, VA 23261** | - | | Insurance | | | | 988.56 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            49,737.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Mattress King, Inc.**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | *Utility* | | | | |
| **Appalachian Power** PO Box 24413 Canton, OH 44701 | - | | | | | | 170.67 |
| Account No. | | | *Utility* | | | | |
| **Atmos Energy** PO Box 9001949 Louisville, KY 40290 | - | | | | | | 57.10 |
| Account No. | | | *Rent/cam/tax/ins.* | | | | |
| **Briar Oak Investments** PO Box 13366 Roanoke, VA 24033 | - | | | | | | 21,672.00 |
| Account No. | | | *Advertising* | | | | |
| **Cavalier Daily Inc.** PO Box 400703 Charlottesville, VA 22904 | - | | | | | | 980.00 |
| Account No. | | | *utility* | | | | |
| **City of Danville** PO Box 3308 Danville, VA 24543 | - | | | | | | 703.18 |

| | | | | | | Subtotal (Total of this page) | 23,582.95 |
|---|---|---|---|---|---|---|---|

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Mattress King, Inc.**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility | | | | |
| City of Harrisonburg PO Box 1007 VA 22804 | - | | | | | | 46.36 |
| Account No. | | | utility | | | | |
| City of Richmond P.O. Box 26060 Richmond, VA 23274 | - | | | | | | 551.03 |
| Account No. | | | Advertising | | | | |
| Clear Channel Broadcasing Post Office Box 402584 Atlanta, GA 30384-2584 | - | | | | | | 36.04 |
| Account No. | | | heat/ac repairs | | | | |
| ColonialWebb 2820 Ackley Ave. Richmond, VA 23228 | - | | | | | | 4,447.51 |
| Account No. | | | utility | | | | |
| Columbia Gas of Richmond PO Box 742529 Cincinnati, OH 45274 | - | | | | | | 2,424.91 |

Sheet no. __3__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,505.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Mattress King, Inc.**                                    ,          Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Advertising | | | | |
| Comcast Spotlight PO Box 8500-52968 Philadelphia, PA 19178 | - | | | | | | 2,356.89 |
| Account No. | | | utility | | | | |
| County of Stafford PO Box 7417 Merrifield, VA 22116 | - | | | | | | 12.61 |
| Account No. | | | Internet | | | | |
| Cox Communications PO Box 9001088 Louisville, KY 40290 | - | | | | | | 243.50 |
| Account No. | | | Bottled Water | | | | |
| Crystal Springs PO Box 660579 Dallas, TX 75266 | - | | | | | | 13.90 |
| Account No. | | | Advertising | | | | |
| Daily News Record PO box 193 Harrisonburg, VA 22803 | - | | | | | | 19,941.37 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          22,568.27

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Mattress King, Inc._____,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Advertising | | | | |
| **Daily Progress** **PO Box 9030** **Charlottesville, VA 22906** | - | | | | | | | | 33,499.83 |
| Account No. | | | | | Advertising | | | | |
| **Danville Register & Bee** **PO Box 331** **Danville, VA 24543** | - | | | | | | | | 18,039.38 |
| Account No. | | | | | Freight | | | | |
| **Daylight Transport, LLC** **Post Office Box 93155** **Long Beach, CA 90809** | - | | | | | | | | 104.47 |
| Account No. | | | | | NOTICE ONLY **Counsel for Hixon** | | | | |
| **Dennis Englisby** **Englisby, Vaughn & Slone** **10101 Iron Bridge Road** **Chesterfield, VA 23832** | - | | | | | | | | 0.00 |
| Account No. | | | | | Advertising | | | | |
| **DEX** **8400 Innovation Way** **Chicago, IL 60682** | - | | | | | | | | 208.68 |

| | | |
|---|---|---|
| Sheet no. __5___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 51,852.36 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Mattress King, Inc.** _____ , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility | | | | |
| **Dominion Virginia Power** **PO Box 26543** **Richmond, VA 23290** | - | | | | | | 7,013.79 |
| Account No. | | | Store Supplies | | | | |
| **Dove Data Products** **PO Box 6106** **Florence, SC 29502** | - | | | | | | 585.66 |
| Account No. | | | Dumpster svc. | | | | |
| **Efficient Roll Off Recycling** **PO Box 250** **Culpeper, VA 22701** | - | | | | | | 488.00 |
| Account No. | | | Advertising | | | | |
| **EHSV** **PO Box 281900** **Atlanta, GA 30384** | - | | | | | | 136.00 |
| Account No. | | | Advertising | | | | |
| **Elcom of VA/WTVR-TV** **PO Box 11407** **Birmingham, AL 35202** | - | | | | | | 3,225.75 |

Sheet no. __6___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,449.20

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Mattress King, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | *Rent/cam/tax/ins.* | | | | |
| **ELS, LLC** **19036 Kipheart Dr.** **Leesburg, VA 20176** | - | | | | | | **45,593.13** |
| Account No. | | | **NOTICE ONLY** **counsel for USRP I, LLC** | | | | |
| **Faisal Qureshi** **2809 Emerywood Parkway** **Suite 540** **Richmond, VA 23294** | - | | | | | | **0.00** |
| Account No. | | | *rent/cam/tax/ins* | | | | |
| **FR Shoppers World, LLC** **PO Box 8500-9320** **Philadelphia, PA 19178** | - | | | | | | **3,741.11** |
| Account No. | | | **Advertising** | | | | |
| **Free Lance Star** **616 Amelia Street** **Fredericksburg, VA 22401** | - | | | | | | **10,493.27** |
| Account No. | | | **Closed Store** **Judgment Lien** | | | | |
| **Frontier Development, LLC** **c/o Allison Zizzo** **4705 Columbus Street** **Virginia Beach, VA 23462** | - | | | | | | **30,000.00** |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **89,827.51**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Mattress King, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY**<br>**Counsel for Vitales** | | | | |
| **Gentry R. P. Ferrell**<br>**Phillips Morrison Johnson & Fe**<br>**12576 Wards Road**<br>**Rustburg, VA 24588** | - | | | | | | **0.00** |
| Account No. | | | rent/cam/tax/ins | | | | |
| **Greenville Real Estate**<br>**2903 N. Augusta Street**<br>**Staunton, VA 24401** | - | | | | | | **5,217.72** |
| Account No. | | | **Delivery Driver** | | | | |
| **Handy Helpers**<br>**10 Patriot Lane**<br>**Palmyra, VA 22963** | - | | | | | | **1,222.00** |
| Account No. | | | **Utility** | | | | |
| **Hanover county**<br>**PO Box 470**<br>**Hanover, VA 23069** | - | | | | | | **402.41** |
| Account No. | | | rent/cam/tax/ins | | | | |
| **Hanover Village Shopping Ctr**<br>**PO Box 822179**<br>**Philadelphia, PA 19182** | - | | | | | | **26,257.78** |

Sheet no. __8__ of __20__ sheets attached to Schedule of                                   Subtotal                  33,099.91
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Mattress King, Inc.** _____,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility | | | | |
| Harrisonburg Electric Commissi 89 W Bruce Street Harrisonburg, VA 22801 | - | | | | | | 316.83 |
| Account No. | | | Advertising | | | | |
| HHSV PO Box 281900 Atlanta, GA 30384 | - | | | | | | 68.00 |
| Account No. | | | Legal Exp. | | | | |
| Hirschler Fleischer Post Office Box 500 Richmond, VA 23218-0500 | - | | | | | | 519.70 |
| Account No. | | | Signage | | | | |
| Holiday Signs 11930 Old Stage Road Chester, VA 23836 | - | | | | | | 66,060.90 |
| Account No. | | | NOTICE ONLY Counsel for Spring Knoll, LLC | | | | |
| Hong Suk "Paul" Chung 11921 Rockville Pike 3rd Floor Rockville, MD 20852 | - | | | | | | 0.00 |

Sheet no. __9__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    66,965.43

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Mattress King, Inc.**                                          ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Inland Southern Property** <br> **4687 Paysphere Circle** <br> **Chicago, IL 60674** | - | | *rent/cam/tax/ins* | | | | 757.14 |
| Account No. <br><br> **Internal Revenue Service** <br> **Special Procedures/Support Sta** <br> **400 North 8th Street** <br> **Richmond, VA 23240** | - | | **NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br> **International Bedding co.** <br> **6434 NW 5th St.** <br> **Fort Lauderdale, FL 33309** | - | | **Mattress Sale** | | | X | 400,568.29 |
| Account No. <br><br> **Mantua MFG Co.** <br> **PO Box 714304** <br> **Columbus, OH 43271** | - | | **Mattress Sale** | | | | 15,386.16 |
| Account No. <br><br> **Market Place Shops, LLC** <br> **PO Box 5023** <br> **Richmond, VA 23220** | - | | *rent/cam/tax/ins* | | | | 29,003.22 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **445,714.81**

B6F (Official Form 6F) (12/07) - Cont.

In re **The Mattress King, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | accountant retained for ins. claim | | | | |
| Marsh USA, Inc. PO Box 19601 Newark, NJ | | - | | | | | | 10,175.00 |
| Account No. | | | | customer bed inspection fees | | | | |
| Mattress Marshalls 7900 NW 18 Court Pompano Beach, FL 33063 | | - | | | | | | 2,600.00 |
| Account No. | | | | NOTICE ONLY Counsel for Alvah Group | | | | |
| Mitchell B. Weitzman Bean Kinney & Korman, P.C. 2300 Wilson Boulevard, 7th Fl Arlington, VA 22201 | | - | | | | | | 0.00 |
| Account No. | | | | Advertising | | | | |
| My Network TV PO Box 7 Roanoke, VA 24022 | | - | | | | | | 34.00 |
| Account No. | | | | Advertising | | | | |
| News & Advance PO Box 10129 Lynchburg, VA 24506 | | - | | | | | | 14,557.87 |

Sheet no. __11__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    27,366.87

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __The Mattress King, Inc._____,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Advertising | | | | |
| **News Leader** **PO Box 59** **Staunton, VA 24402** | - | | | | | | 8,443.44 |
| Account No. | | | rent/cam/tax/ins | | | | |
| **NRV LLC** **7011 Hollyberry Rd.** **Roanoke, VA 24018** | - | | | | | | 30,216.62 |
| Account No. | | | Freight | | | | |
| **Old Dominion Freight** **PO Box 198475** **Atlanta, GA 30384** | - | | | | | | 395.67 |
| Account No. | | | warehouse truck lease | | | | |
| **Old Dominion Truck Leasing** **PO Box 758770** **Baltimore, MD 21275** | - | | | | | | 5,456.31 |
| Account No. | | | rent/cam/tax/ins | | | | |
| **Pollard & Bagby, Inc.** **2 South First St.** **Richmond, VA 23218** | - | | | | | | 1,349.69 |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,861.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **The Mattress King, Inc.**                                    Case No. _____
                                                      ,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Advertising | | | | |
| Progress Index 15 Franklin Street Post Office Box 71 Petersburg, VA 23804 | - | | | | | | | 2,100.00 |
| Account No. | | | | rent/cam/tax/ins | | | | |
| Property Investment Group PO Box 171 Midlothian, VA 23113 | - | | | | | | | 12,073.52 |
| Account No. | | | | Truck Fuel | | | | |
| Quarles 1701 Fall Hill Avenue Suite 300 Fredericksburg, VA 22401 | - | | | | | | | 3,533.98 |
| Account No. | | | | Advertising | | | | |
| Richmond Times-Dispatch Post Office Box 27775 Richmond, VA 23261-7775 | - | | | | | | | 57,864.81 |
| Account No. | | | | Advertising | | | | |
| Roanoke Times P.O. Box 1951 Roanoke, VA 24008 | - | | | | | | | 23,307.63 |

Sheet no. __13__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    98,879.94

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Mattress King, Inc.**                                                    Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | *Rent/cam/tax/ins.* | | | | |
| **Robert Douglas** **8715 W. Broad St.** **Richmond, VA 23230** | - | | | | | | | **13,309.59** |
| Account No. | | | | **Supply** | | | | |
| **Roberts Oxygen Co., Inc** **15830 Redmond Rd.** **Derwood, MD 20855** | - | | | | | | | **428.87** |
| Account No. | | | | *rent/cam/tax/ins* | | | | |
| **Roslyn Farm Corp.** **PO Box 727** **Colonial Heights, VA 23834** | - | | | | | | | **36,016.62** |
| Account No. | | | | **Closed store** | | | | |
| **Salvatore and Antonia Vitale** **c/o Gentry R. P. Ferrell** **12576 Wards Road** **Rustburg, VA 24588** | - | | | | | | | **1.00** |
| Account No. | | | | sign repairs | | | | |
| **Save on Signs** **238 W. Madison Ave.** **Vinton, VA 24179** | - | | | | | | | **344.50** |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **50,100.58**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Mattress King, Inc.**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Delivery | | | | |
| **Security Enterprises 6009 Fox Tr. Danville, VA 24540** | - | | | | | | | **8,130.99** |
| Account No. | | | | | | | | |
| **Shenandoah Valley Water Co. PO Box 2339 Staunton, VA 24402** | - | | | | | | | **63.35** |
| Account No. | | | | Lease 11569 and 11571 West Broad St. | | | | |
| **Short Pump Corner, LC P.O. Box 29393 Richmond, VA 23242** | - | | | | | | | **1.00** |
| Account No. | | | | Mattress sales | | | | |
| **Simmons 1 Concourse Pkwy. #80 Atlanta, GA 30328** | - | | | | | | | **264,692.20** |
| Account No. | | | | rent/cam/tax/ins | | | | |
| **Spring Knoll, LLC PO Box 61564 Potomac, MD 20859** | - | | | | | | | **37,156.78** |

Sheet no. __15__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **310,044.32**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __The Mattress King, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Property Tax | | | | |
| **Stafford county Treasurer** **PO Box 5000** **Stafford, VA 22555** | | - | | | | | 295.98 |
| Account No. | | | Store Supplies | | | | |
| **Staples Business Advantage** **PO Box 415256** **Boston, MA** | | - | | | | | 360.66 |
| Account No. | | | Property Tax | | | | |
| **Treasurer of Spotsylvania** **PO Box C-9000** **Spotsylvania, VA 22553** | | - | | | | | 9.81 |
| Account No. | | | Utility | | | | |
| **Treasurer of Spotsylvania** **PO Box C-9000** **Spotsylvania, VA 22553** | | - | | | | | 8.20 |
| Account No. | | | Mattress sale | | | | |
| **Ultra Shield** **PO Box 3150** **West Somerset, KY 42564** | | - | | | | | 19,491.62 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    20,166.27

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Mattress King, Inc.**                                    ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supply | | | | |
| **Updike Industries** **PO Box 1745** **Culpeper, VA 22701** | - | | | | | | 238.68 |
| Account No. | | | closed store | | | | |
| **USRP I, LLC** **6555 Mechanicsville Tnpk.** **Mechanicsville, VA 23111** | - | | | | | | 1.00 |
| Account No. | | | phones | | | | |
| **Verizon** **PO Box 660720** **Dallas, TX 75266** | - | | | | | | 1,377.97 |
| Account No. | | | company cell phones | | | | |
| **Verizon Wireless** **PO Box 25505** **Lehigh Valley, PA 18002** | - | | | | | | 2,229.64 |
| Account No. | | | rent/cam/tax/ins | | | | |
| **Virginia Paint Distributing Co** **14318 Lander Rd.** **Midlothian, VA 23113** | - | | | | | | 5,097.78 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,945.07

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __The Mattress King, Inc._____,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Closed store | | | | |
| **W. A. Hixon and June Hixon** **c/o Dennis Englisby** **10101 Iron Bridge Road** **Chesterfield, VA 23832** | - | | | | | | 1.00 |
| Account No. | | | rent/cam/tax/ins | | | | |
| **Wards Crossing West, LLC** **1320 Old Chain Bridge Rd.** **#400** **Mc Lean, VA 22101** | - | | | | | | 36,279.35 |
| Account No. | | | Dumpster svs. | | | | |
| **Waste Management** **PO Box 13648** **Philadelphia, PA 19101** | - | | | | | | 229.03 |
| Account No. | | | Advertising | | | | |
| **WDBJ** **PO Box 7** **Roanoke, VA 24022** | - | | | | | | 7,616.00 |
| Account No. | | | Mattress Sale | | | | |
| **Wesley Allen** **PO Box 54478** **Terminal Annex** **Los Angeles, CA 90054** | - | | | | | | 3,504.78 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,630.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Mattress King, Inc.**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Western Virginia Water**<br>**PO Box 1140**<br>**Roanoke, VA 24006** | - | | **Utility** | | | | 21.27 |
| Account No.<br><br>**WHSV**<br>**50 North Main St.**<br>**Harrisonburg, VA 22802** | - | | **Advertising** | | | | 1,564.00 |
| Account No.<br><br>**Willow Lawn Service Center**<br>**5312 W. Broad St.**<br>**Richmond, VA 23230** | - | | **Delivery Truck Repairs** | | | | 4,890.30 |
| Account No.<br><br>**Worldwide Express**<br>**PO Box 922817**<br>**Norcross, GA 30010** | - | | **Shipping** | | | | 715.83 |
| Account No.<br><br>**Worldwide Property Mgmt**<br>**PO Box 246**<br>**Montrose, NY 10548** | - | | **Dumpster Svc.** | | | | 188.28 |

Sheet no. __19__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,379.68

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Mattress King, Inc.**                                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WSET - TV<br>PO Box 11588<br>Lynchburg, VA 24506** | | - | *Advertising* | | | | 11,747.00 |
| Account No.<br><br>**WSLS-TV<br>PO Box 10<br>Roanoke, VA 24022** | | - | *Advertising* | | | | 6,999.75 |
| Account No.<br><br>**WWBT TV 12<br>PO Box 12<br>Richmond, VA 23218** | | - | *Advertising* | | | | 9,932.25 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **28,679.00**

Total
(Report on Summary of Schedules)    **2,719,218.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **The Mattress King, Inc.**                                                                              Case No. _____
                                                                              ,
                                                       **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alvah I, LLC and**<br>**Alvah II, LLC** | **Docstone Commons, Stafford Virginia**<br>**Feb 2005 start lease, 15 year lease**<br>**LEASE TO BE REJECTED** |
| **Anil and Maria Gulati**<br>**2410 Island View Drive**<br>**Richmond, VA 23233** | **Owners of warehouse located at 6000 B West**<br>**Broad St., Richmond VA23229** |
| **Briar Oak Investments**<br>**PO Box 13366**<br>**Roanoke, VA 24033** | **Retail lease at:**<br>**3846 Electric Road**<br>**Roanoke, VA 24018**<br><br>**5 year and 3 month lease**<br>**starting 2001** |
| **Cosner's Corner West, LLC**<br>**1201 Central Park Boulevard**<br>**Fredericksburg, VA 22401** | **Retail lease at:**<br>**Cosner's Corner West development in**<br>**Spotsylvania County, Virginia**<br><br>**Dec.2006 lease, 10 year lease** |
| **Dell Financial Services L.P.**<br>**One Dell Way**<br>**Round Rock, TX 78682** | **Office Equpiment Lease at 6000 B West Broad St,**<br>**Richmond VA 23230** |
| **ELS, LLC**<br>**19036 Kipheart Dr.**<br>**Leesburg, VA 20176** | **Retail Lease: Rt. 3, Fredericksburg**<br>**LEASE TO BE REJECTED** |
| **Frontier Development, LLC**<br>**4215 South Amhert Highway**<br>**Madison Heights, VA 24572** | **Retail lease at:**<br>**4215 South Amhert Highway**<br>**Madison Heights, VA 24572**<br>**LEASE TO BE REJECTED** |
| **GMAC**<br>**P,O. Box 9001948**<br>**Louisville, KY 40290** | **Cadillac** |
| **Loupassi Properties**<br>**c/o Pollard & Bagby, Inc.**<br>**P.O. Bo 2488**<br>**Richmond, VA 23218** | **Retail  Lease at:**<br>**6000 B West Broad Street, Henrico County,**<br>**Virginia**<br>**January 1, 2008 to December 31, 2010** |
| **Market Street Partners, LLC**<br>**c/o Kite Development Corp**<br>**6610 N. Shadeland Ave., Suite**<br>**Indianapolis, IN 46220** | **Retail Lease at:**<br>**Market Places Shoppes, Harrisonburg, VA**<br>**Ten year lease starting September 1999** |

**2**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re      **The Mattress King, Inc.**                                          ,      Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **NRV, LLC**<br>**7011 Hollyberry Rd**<br>**Roanoke, VA 24018** | **Retail lease at:Village Square in Christianburg, VA**<br>**5 year lease with 5 year renewal option**<br>**June 1, 2006 start date**<br>**LEASE TO BE REJECTED** |
| **Property Investment Group**<br>**PO Box 171**<br>**Midlothian, VA 23113** | **Retail lease at 10825 Midlothian Turnpike**<br><br>**Mach 1, 2002 - 5 year lease.** |
| **QIJY, Inc.**<br>**809 Main St.**<br>**Suite 200**<br>**Newport News, VA 23605** | **Retail lease at:**<br>**Suite B, 10087 Brook Road, Glen Allen, Virginia**<br>**December 1, 2002 to November 30th, 2012** |
| **Ralph Doss Trust**<br>**Gloria Walker**<br>**4111 Westover Dr.**<br>**Danville, VA 24541** | **Retail Lease: 646-648 Piney Forest Rd., Danville, Virginia**<br><br>**October 1, 2007 to September 30, 2009** |
| **Roslyn Farm Corp.**<br>**PO Box 470**<br>**Petersburg, VA 23804** | **Retail Lease at: Colonial Heights Location**<br><br>**Lease started in 1993 extended to April 2013** |
| **Salvatore and Antonia Vitale** | **Retail Lease at:**<br>**10702 Hull Street Rd.**<br>**Midlothian, VA 23112** |
| **Short Pump Corner, LC**<br>**P.O. Box 29393**<br>**Richmond, VA 23242** | **Retail lease at:**<br>**Short Pump Corner Retail**<br>**Richmond, VA 23233** |
| **Simmons and Partners, LLC**<br>**3850 Gaskins Rd.**<br>**Suite 120**<br>**Richmond, VA 23233** | **Retail Lease at: southwest quadrant of the itnersection of Mechanicsville Turnpike and Creighton Road, Hanover County, VA**<br><br>**Start date: March 1, 2008 to (five years three months) June 1, 2013** |
| **Spring Knoll, LLC**<br>**PO Box 61564**<br>**Potomac, MD 20859** | **Retail lease at:**<br>**20 Plantation Drive**<br>**Fredericksburg, VA 22406**<br><br>**March 1, 2007 to March 31,2012** |
| **Tile Properties**<br>**608 William Street**<br>**Fredericksburg, VA 22401** | **Retail lease at:**<br>**1510 and 1514 Seminole Trail**<br>**Charlottesville, Va**<br><br>**May 1. 1990 to April 1995** |
| **USRP I, LLC** | **Retail Lease at:**<br>**6555 Mechanicsville Turnpike**<br>**Mechanicsiville, VA 23111** |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **The Mattress King, Inc.**                                    ,   Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **VA Beach Properties**<br>**c/o Douglas Realty LLC**<br>**8715 W. Broad Street**<br>**Richmond, VA** | **Retail Lease at:**<br>**Douglas Park**<br>**8715 W. Broad Street**<br>**Richmond VA including the Common Facilities**<br><br>**July 1, 2002 to June 30, 2007** |
| **Virginia Paint Distrubuting Co**<br>**14318 Lander Rd.**<br>**Midlothian, VA 23113** | **Retail lease at:**<br>**13617 Hull Street Rd.**<br>**Midlothian, VA 23112**<br><br>**5 year lease starting 2003** |
| **W. A. Hixon and June Hixon** | **Retail Lease at: 10702 Hull Street Rd., Midlothian, VA 23112**<br>**LEASE TO BE REJECTED** |
| **Wards Crossing West, LLC**<br>**1320 Old Chain Bridge Rd.**<br>**#400**<br>**Mc Lean, VA 22101** | **Retail lease at:**<br>**northwest corner of Wards Ferry Road and Route 29, Lynchburg, Virginia**<br><br>**5 year lease starting September 2006** |
| **Waynesboro TC, LLC**<br>**1228 East Morehead STreet**<br>**Suite 200**<br>**Charlotte, NC 28204** | **Retail lease at:**<br>**Town Cetner Shopping Center**<br>**November, 2007 60 month lease** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **The Mattress King, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anil K. and Maria Gulati**<br>**2410 Islandview Drive**<br>**Richmond, VA 23233** | **Virginia Business Bank**<br>**9020 Stony Point Pkwy #225**<br>**Richmond, VA 23235** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **The Mattress King, Inc.** _____    Case No. _____
                           Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **The Mattress King, Inc.**                                  Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | | $ 0.00 |
| b. Water and sewer | | | $ 0.00 |
| c. Telephone | | | $ 0.00 |
| d. Other | | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ 0.00 |
| 4. Food | | | $ 0.00 |
| 5. Clothing | | | $ 0.00 |
| 6. Laundry and dry cleaning | | | $ 0.00 |
| 7. Medical and dental expenses | | | $ 0.00 |
| 8. Transportation (not including car payments) | | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ 0.00 |
| 10. Charitable contributions | | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | | $ 0.00 |
| b. Life | | | $ 0.00 |
| c. Health | | | $ 0.00 |
| d. Auto | | | $ 0.00 |
| e. Other | | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | | $ 0.00 |
| b. Other | | | $ 0.00 |
| c. Other | | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ 0.00 |
| 17. Other | | | $ 0.00 |
| Other | | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $ 0.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
a.   Average monthly income from Line 15 of Schedule I                               $ 0.00
b.   Average monthly expenses from Line 18 above                                        $ 0.00
c.   Monthly net income (a. minus b.)                                                          $ 0.00

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re __The Mattress King, Inc.__         Case No. _____

                                     Debtor(s)      Chapter   __11_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___37___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __January 30, 2009_____      Signature    __/s/ Anil K. Gulati_____

                                            **Anil K. Gulati**
                                            **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re **The Mattress King, Inc.**                                            Case No. _____

                        Debtor(s)                           Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$315,000.00** | **2009 Income to date** |
| **$6,902,862.00** | **2008 Income** |
| **$8,683,485.00** | **2007 Income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *See Attached "Check History Report"* | | *$0.00* | *$0.00* |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Gulati, Angela* | *2008 Payroll (from W-2) - $10,000* | *$11,200.00* | *$0.00* |
| | *2009 Payroll - $1,200* | | |
| *Gulati, Steven* | *2008 Payroll -$11,600 from W-@* | *$11,975.00* | *$0.00* |
| | *Miscellaneous - $375 a/p check 64989 dated 4/4/08* | | |
| *Gulati, Anil* | *Monthly Expense - $4,370* | *$197,570.00* | *$22,400.00* |
| *President* | *Monthly Warehouse Rent (@$6500) - $78,000* | | |
| | *Repay stockholder loan - $5,000 + 8500 in form of vehicle at blue book value* | | |
| | *2008 payroll - $98,800* | | |
| | *2009 payroll - $11,400 between 1/2008 and 1/2009* | | |
| *Gulati, Maria* | *Repay Stockholder Loan between 1/2008 - 1/2009* | *$5,000.00* | *$22,400.00* |

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Frontier Development, LLC v. The Mattress King Case No. GV08012884 and GV0761688* | *Suit for unpaid Rent* | *Richmond General District Court* | *Debtors' interrogatories Feb2* |
| *Hixon v. The Mattress King, Inc. Case No. CL07-002863* | *Suit for unpaid rent* | *Chesterfield Circuit Court* | *Settlement reached* |
| *International Bedding Corporation v. The Mattress King, Inc. Case No. CL08-3194* | *Suit for unpaid trade debt* | *Richmond Circuit Court* | *Pending* |
| *Vitale v. The Mattress King, Inc. Case No. DV07002772-00* | *Suit for unpaid rent* | *Bedford General District Court* | *Judgment entered* |
| *USRP I, LLC v. The Mattress King, Inc. Case No. GV08-1681* | *Suit for unpaid rent and possession* | *Hanover General District Court* | *Possession granted* |
| *Spring Knoll, LLc v. Mattress King, Inc Case No. CL08-580* | *Suit for unpaid rent* | *Fredericksburg Circuit Court* | *Pending* |
| *Alvah I, LLC and Alvah II, LLC v. The Mattress King, Inc Case No. CL09-36* | *Suit for unpaid rent* | *Stafford Circuit Court* | *Answer due Feb. 5* |
| *Kiln Creek v. Mattress King* | | | *Judgment entered Dec. 17 for $26,000 - garnished from Mattress King account* |
| *The Leader Publishing Co. v. Mattress King Case no. CL08-135* | *Suit for unpaid advertising charges* | *Staunton Circuit Court* | *Trial Feb. 10, 2009* |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6.  Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None ☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| *Inventory $715,467* *Furniture, fixtures, office equipment $15,350* | *Fire at warehouse* *Total recieved from Insurance to cover Inventory loss, furniture, fixtures, etc. and loss of income 1,094,128.00* | *03/31/2008* |

**9.  Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *See Attached* | | |

5

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Anil K. Gulati* | *December 2008* | *2001 Mercedes Benz.  $8,500.00 FMV.  Partial stockholder loan repayment* |
| *President* | | |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

6

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                                DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                        DOCKET NUMBER                        STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Gulati Real Estate* | | | *Real Estate holding company* *Mattress King owns 10%* | *2005 to present* |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Cindy Kandler* *9062 Little Joselyn* *Mechanicsville, VA 23116* | *Last 6 years* |
| *Susan MecClure* *6415 Crescent Parkway* *Richmond, VA 23226* | *Last 6 years* |
| *Kevin J. Perlowski, CPA* *9409 Hull Street Road, Suite A* *Richmond, VA 23236* | *Last 6 years* |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

8

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Mattress King, Inc.** | **Corporate Office** |
| | **6000 B West Broad Street** |
| | **Richmond, VA 23230** |
| Kevin J. Perlowski, CPA | 9409 Hull Street Road |
| | Suite A |
| | Richmond, VA 23236 |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Virginia Business Bank** | **Various, last one issed 01/30/2009** |
| **9020 Stony Point Parkway** | |
| **#225** | |
| **Richmond, VA 23235** | |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|
| **12/31/07** | **Store Managers** | **Based on Cost $1,582,763.15** |
| **12/31/2008** | **Store Managers** | **Based on cost $644,547.00** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| **12/31/07** | **Mattress King, Inc** |
| | **Corporate Office** |
| | **6000 B West Broad Street** |
| | **Richmond, VA 23230** |
| **12/31/2008** | **Mattres King, Inc.** |
| | **Corporate Office** |
| | **6000 B West Broad Street** |
| | **Richmond, VA 23230** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

9

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   _**January 30, 2009**_        Signature   _**/s/ Anil K. Gulati**_

                                                           _**Anil K. Gulati**_
                                                           _**President**_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571_

Form B203                                                                    2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **The Mattress King, Inc.**                                          Case No. _____

                                          Debtor(s)              Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept................................................  $ _____ **0.00**

     Prior to the filing of this statement I have received...............................  $ _____ **0.00**

     Balance Due.......................................................................................  $ _____ **0.00**

2.   $___**0.00**___ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor          ☐ Other *(specify)*

4.   The source of compensation to be paid to me is:

     ■ Debtor          ☐ Other *(specify)*

5.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached. ***See attached***

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Other provisions as needed:
         ***Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.***

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Form B203 - Continued                                              2005 USBC, Eastern District of Virginia

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 30, 2009** | **/s/ Bruce E. Arkema** |
| *Date* | **Bruce E. Arkema 18625** |
| | *Signature of Attorney* |
| | |
| | **Cantor Arkema, P.C.** |
| | *Name of Law Firm* |
| | **1111 East Main Street, 16th Floor** |
| | **Post Office Box 561** |
| | **Richmond, VA 23218-0561** |
| | **(804) 644-1400   Fax: (804) 225-8706** |

---

### *For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $3,000</u>*
### *(For all Cases Filed on or after 10/17/2005)*
## NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
## PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

| | |
|---|---|
| *Date* | *Signature of Attorney* |

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **The Mattress King, Inc.**

,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anil and Maria Gulati**<br>**2410 Island View Drive**<br>**Richmond, VA 23233** | **Common** | **500** | **Anil 255  Maria 245** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 30, 2009**

Signature   **/s/ Anil K. Gulati**

**Anil K. Gulati**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** _____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **The Mattress King, Inc.**                                    ,       Case No. _____

Debtor                                                                        Chapter _____ **11** _____

# DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**Alexandria Division**
**Cities:**
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

**Counties:**
- ☐ Arlington-013
- ☐ Fairfax-059
- ☐ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**Richmond Division**
**Cities:**
- ☐ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

**Counties:**
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☑ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**Norfolk Division**
**Cities:**
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

**Counties:**
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**Newport News Division**
**Cities:**
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

**Counties:**
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

Date: **January 30, 2009** _____

**/s/ Bruce E. Arkema** _____
**Signature of Attorney**
**Bruce E. Arkema 18625**

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

.

A. W. Industries - Serta
8415 Ardmore Road
Hyattsville, MD 20785


Allied Waste
PO Box 9001099
Louisville, KY 40290


Allied Waste Service
P.O. Box 9001099
Louisville, KY 40290-1099


Allied Waste Services
PO Box 9001099
Louisville, KY 40290


Allison Zizzo
Huff Poole Mahoney, P.C.
4705 Columbus Street
Virginia Beach, VA 23462


Alvah I, LLC and
Alvah II, LLC


Alvah I, LLC and Alvah II, LLC
c/o Mitchell B. Weitzman
2300 Wilson Boulevard, 7th Fl
Arlington, VA 22201


Anil and Maria Gulati
2410 Island View Drive
Richmond, VA 23233


Anil K. and Maria Gulati
2410 Islandview Drive
Richmond, VA 23233


Anthem Healthkeepers
P.O. Box 26623
Richmond, VA 23261


Appalachian Power
PO Box 24413
Canton, OH 44701

Atmos Energy
PO Box 9001949
Louisville, KY 40290


Briar Oak Investments
PO Box 13366
Roanoke, VA 24033


Cavalier Daily Inc.
PO Box 400703
Charlottesville, VA 22904


City of Danville
PO Box 3308
Danville, VA 24543


City of Harrisonburg
PO Box 1007
VA 22804


City of Richmond
P.O. Box 26060
Richmond, VA 23274


Clear Channel Broadcasing
Post Office Box 402584
Atlanta, GA 30384-2584


ColonialWebb
2820 Ackley Ave.
Richmond, VA 23228


Columbia Gas of Richmond
PO Box 742529
Cincinnati, OH 45274


Comcast Spotlight
PO Box 8500-52968
Philadelphia, PA 19178


Cosner's Corner West, LLC
1201 Central Park Boulevard
Fredericksburg, VA 22401

County of Stafford
PO Box 7417
Merrifield, VA 22116


Cox Communications
PO Box 9001088
Louisville, KY 40290


Crystal Springs
PO Box 660579
Dallas, TX 75266


Daily News Record
PO box 193
Harrisonburg, VA 22803


Daily Progress
PO Box 9030
Charlottesville, VA 22906


Danville Register & Bee
PO Box 331
Danville, VA 24543


Daylight Transport, LLC
Post Office Box 93155
Long Beach, CA 90809


Dell Financial Services L.P.
One Dell Way
Round Rock, TX 78682


Dennis Englisby
Englisby, Vaughn & Slone
10101 Iron Bridge Road
Chesterfield, VA 23832


DEX
8400 Innovation Way
Chicago, IL 60682


Dominion Virginia Power
PO Box 26543
Richmond, VA 23290

Dove Data Products
PO Box 6106
Florence, SC 29502


Efficient Roll Off Recycling
PO Box 250
Culpeper, VA 22701


EHSV
PO Box 281900
Atlanta, GA 30384


Elcom of VA/WTVR-TV
PO Box 11407
Birmingham, AL 35202


ELS, LLC
19036 Kipheart Dr.
Leesburg, VA 20176


Faisal Qureshi
2809 Emerywood Parkway
Suite 540
Richmond, VA 23294


FR Shoppers World, LLC
PO Box 8500-9320
Philadelphia, PA 19178


Free Lance Star
616 Amelia Street
Fredericksburg, VA 22401


Frontier Development, LLC
c/o Allison Zizzo
4705 Columbus Street
Virginia Beach, VA 23462


Frontier Development, LLC
4215 South Amhert Highway
Madison Heights, VA 24572

Gentry R. P. Ferrell
Phillips Morrison Johnson & Fe
12576 Wards Road
Rustburg, VA 24588


GMAC
P,O. Box 9001948
Louisville, KY 40290


Greenville Real Estate
2903 N. Augusta Street
Staunton, VA 24401


Handy Helpers
10 Patriot Lane
Palmyra, VA 22963


Hanover county
PO Box 470
Hanover, VA 23069


Hanover Village Shopping Ctr
PO Box 822179
Philadelphia, PA 19182


Harrisonburg Electric Commissi
89 W Bruce Street
Harrisonburg, VA 22801


HHSV
PO Box 281900
Atlanta, GA 30384


Hirschler Fleischer
Post Office Box 500
Richmond, VA 23218-0500


Holiday Signs
11930 Old Stage Road
Chester, VA 23836


Hong Suk "Paul" Chung
11921 Rockville Pike
3rd Floor
Rockville, MD 20852

Hong Suk "Paul" Chung
11921 Rockville Pike
#rd Floor
Rockville, MD 20852


Inland Southern Property
4687 Paysphere Circle
Chicago, IL 60674


Internal Revenue Service
Special Procedures/Support Sta
400 North 8th Street
Richmond, VA 23240


International Bedding co.
6434 NW 5th St.
Fort Lauderdale, FL 33309


Loupassi Properties
c/o Pollard & Bagby, Inc.
P.O. Bo 2488
Richmond, VA 23218


Mantua MFG Co.
PO Box 714304
Columbus, OH 43271


Market Place Shops, LLC
PO Box 5023
Richmond, VA 23220


Market Street Partners, LLC
c/o Kite Development Corp
6610 N. Shadeland Ave., Suite
Indianapolis, IN 46220


Marsh USA, Inc.
PO Box 19601
Newark, NJ


Mattress Marshalls
7900 NW 18 Court
Pompano Beach, FL 33063

Mitchell B. Weitzman
Bean Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Fl
Arlington, VA 22201


My Network TV
PO Box 7
Roanoke, VA 24022


News & Advance
PO Box 10129
Lynchburg, VA 24506


News Leader
PO Box 59
Staunton, VA 24402


NRV LLC
7011 Hollyberry Rd.
Roanoke, VA 24018


NRV, LLC
7011 Hollyberry Rd
Roanoke, VA 24018


Old Dominion Freight
PO Box 198475
Atlanta, GA 30384


Old Dominion Truck Leasing
PO Box 758770
Baltimore, MD 21275


Pollard & Bagby, Inc.
2 South First St.
Richmond, VA 23218


Progress Index
15 Franklin Street
Post Office Box 71
Petersburg, VA 23804


Property Investment Group
PO Box 171
Midlothian, VA 23113

QIJY, Inc.
809 Main St.
Suite 200
Newport News, VA 23605


Quarles
1701 Fall Hill Avenue
Suite 300
Fredericksburg, VA 22401


Ralph Doss Trust
Gloria Walker
4111 Westover Dr.
Danville, VA 24541


Richmond Times-Dispatch
Post Office Box 27775
Richmond, VA 23261-7775


Roanoke Times
P.O. Box 1951
Roanoke, VA 24008


Robert Douglas
8715 W. Broad St.
Richmond, VA 23230


Roberts Oxygen Co., Inc
15830 Redmond Rd.
Derwood, MD 20855


Roslyn Farm Corp.
PO Box 727
Colonial Heights, VA 23834


Roslyn Farm Corp.
PO Box 470
Petersburg, VA 23804


Salvatore and Antonia Vitale
c/o Gentry R. P. Ferrell
12576 Wards Road
Rustburg, VA 24588

Salvatore and Antonia Vitale


Save on Signs
238 W. Madison Ave.
Vinton, VA 24179


Security Enterprises
6009 Fox Tr.
Danville, VA 24540


Shenandoah Valley Water Co.
PO Box 2339
Staunton, VA 24402


Short Pump Corner, LC
P.O. Box 29393
Richmond, VA 23242


Simmons
1 Concourse Pkwy. #80
Atlanta, GA 30328


Simmons and Partners, LLC
3850 Gaskins Rd.
Suite 120
Richmond, VA 23233


Spring Knoll, LLC
PO Box 61564
Potomac, MD 20859


Stafford county Treasurer
PO Box 5000
Stafford, VA 22555


Staples Business Advantage
PO Box 415256
Boston, MA


Tile Properties
608 William Street
Fredericksburg, VA 22401

Treasurer of Spotsylvania
PO Box C-9000
Spotsylvania, VA 22553


Ultra Shield
PO Box 3150
West Somerset, KY 42564


Updike Industries
PO Box 1745
Culpeper, VA 22701


USRP I, LLC
6555 Mechanicsville Tnpk.
Mechanicsville, VA 23111


USRP I, LLC


VA Beach Properties
c/o Douglas Realty LLC
8715 W. Broad Street
Richmond, VA


Verizon
PO Box 660720
Dallas, TX 75266


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002


Virginia Business Bank
9020 Stony Point Pkwy #225
Richmond, VA 23235


Virginia Dep. of Taxation
P.O. Box 27407
Richmond, VA 23261


Virginia Paint Distrubuting Co
14318 Lander Rd.
Midlothian, VA 23113

W. A. Hixon and June Hixon
c/o Dennis Englisby
10101 Iron Bridge Road
Chesterfield, VA 23832


W. A. Hixon and June Hixon


Wards Crossing West, LLC
1320 Old Chain Bridge Rd.
#400
Mc Lean, VA 22101


Waste Management
PO Box 13648
Philadelphia, PA 19101


Waynesboro TC, LLC
1228 East Morehead STreet
Suite 200
Charlotte, NC 28204


WDBJ
PO Box 7
Roanoke, VA 24022


Wesley Allen
PO Box 54478
Terminal Annex
Los Angeles, CA 90054


Western Virginia Water
PO Box 1140
Roanoke, VA 24006


WHSV
50 North Main St.
Harrisonburg, VA 22802


Willow Lawn Service Center
5312 W. Broad St.
Richmond, VA 23230

Worldwide Express
PO Box 922817
Norcross, GA 30010

Worldwide Property Mgmt
PO Box 246
Montrose, NY 10548

WSET - TV
PO Box 11588
Lynchburg, VA 24506

WSLS-TV
PO Box 10
Roanoke, VA 24022

WWBT TV 12
PO Box 12
Richmond, VA 23218

# United States Bankruptcy Court
### Eastern District of Virginia

In re  __The Mattress King, Inc.__                                       Case No. _____

_____
Debtor(s)                                                     Chapter  __11__  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __The Mattress King, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Anil and Maria Gulati**
**2410 Island View Drive**
**Richmond, VA 23233**

☐ None [*Check if applicable*]

__January 30, 2009__                               /s/ Bruce E. Arkema
Date                                              **Bruce E. Arkema 18625**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **The Mattress King, Inc.**
                                                  **Cantor Arkema, P.C.**
                                                  **1111 East Main Street, 16th Floor**
                                                  **Post Office Box 561**
                                                  **Richmond, VA 23218-0561**
                                                  **(804) 644-1400 Fax:(804) 225-8706**